No. 98–7562. GARDNER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–7573. CLARK *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7578. HONG MAI *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 98–7580. LEWIS *v.* SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–7581. JONES *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 98–7584. MAYRIDES *v.* OHIO STATE ADULT PAROLE AUTHORITY. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 98–7596. MACKEY *v.* LEWIS, DEPUTY WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7597. McCONICO *v.* CONRADI ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7598. JENNINGS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7604. CAIN *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 98–7605. McGLOTHLIN *v.* MURRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7610. BROWN *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–7615. McCASLIN *v.* McBRIDE ET AL. Ct. App. Neb. Certiorari denied.

No. 98–7616. SCHWANDT *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.